UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PURSCELLEY, JR., | CASE NO. ED CV 12-42-CAS (PJW) |
| Petitioner, | |
| | J U D G M E N T |
| v. | |
| MARTIN BITER, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   September 27, 2012.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\ED12CV00042CAS-AJW-Judgment.wpd